IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MOORE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, *et al.*, *Defendants* | : : | No. 19-4400 |

## <u>ORDER</u>

AND NOW, this 7th day of April, 2020, upon consideration of the City of Philadelphia's Motion to Dismiss for Failure to State a Claim (Doc. No. 10) and the Response in Opposition (Doc. No. 18), it is **ORDERED** that the City's Motion to Dismiss (Doc. No. 10) is **GRANTED**. Plaintiff may file an amended complaint in an attempt to cure the pleading deficiencies consistent with this Court's accompanying Memorandum within 21 days of the date of this Order.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE