IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MOORE,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| OFFICER MONAGHAN *and*<br>OFFICR HALL,<br>*Defendants* | : <br> : <br> : | No. 19-4400 |

## ORDER

**AND NOW**, this 5th day of January, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 36), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 39), and Defendants' Reply in Further Support of the Motion (Doc. No. 41), it is **ORDERED** that Defendants' Motion (Doc. No. 36) is **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion for Summary Judgment on Plaintiff's § 1983 claim for unlawful search and seizure is **DENIED**. Defendants' Motion is otherwise **GRANTED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1