IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MOORE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA *et al.*, | : | |
| *Defendants* | : | No. 19-4400 |
| | : | |

## ORDER

AND NOW, this 11th day of March, 2022, upon consideration of Defendants' Motion *in Limine* to Exclude Evidence of the Court of Common Pleas Opinion from Plaintiff Eric Moore's Criminal Case (Doc. No. 64), Plaintiff's Response in Opposition (Doc. No. 66), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion *in Limine* (Doc. No. 64) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1